IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SCOTT E. GOODMAN,<br><br>             Defendant. | 8:03CR566<br><br>ORDER |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1.   That resentencing of the defendant is scheduled before the undersigned on **June 30, 2006 at 1:00 p.m. ,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for this hearing.

**2.  The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing if necessary.**

3.   Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for this resentencing.

DATED this 28th day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge